■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY ELLIS, Also Known as PAUL ELLISON, Appellant. [828 NYS2d 226]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered July 15, 2005. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Martoche, Centra, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH JACKSON, Appellant. [828 NYS2d 226]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered April 8, 2005. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree and assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Martoche, Centra, Fahey and Pine, JJ.